## VANCE TRUCKING CO. v. PHILLIPS

No. 170P84.

Case below: 66 N.C. App. 269.

Petition by Phillips and Kemp Associates for discretionary review under G.S. 7A-31 denied 5 June 1984.

## WACHOVIA BANK & TRUST v. DAVIS

No. 494P83.

Case below: 63 N.C. App. 789.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 June 1984.

## WACHOVIA BANK & TRUST CO. v. GROSE

No. 543P83.

Case below: 64 N.C. App. 289.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.

## WEST v. WEST

No. 6P84.

Case below: 67 N.C. App. 358.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.

## WHITE v. WHITE

No. 559PA83.

Case below: 64 N.C. App. 432.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 June 1984.